1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave., Suite B200
   North Tustin, CA 92705
3  PH: 714.783.4220
   FAX: 888.505.1033
4  Pamela.Tsao@ascensionlawgroup.com                    JS6

5  Attorneys for Plaintiff STEPHEN TURNER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual, | Case No.: 2:23-cv-03684-RGK-BFM |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| CARMENITA PLAZA, LLC, a limited liability company, | |
| Defendants. | |

# JUDGMENT

On September 4, 2023, the Court entered an order granting plaintiff Stephen Turner's ("Plaintiff") motion for default judgment against Defendant CARMENITA PLAZA, LLC, a limited liability company, an individual ("Defendant"). Consequently,

## IT IS ORDERED AND ADJUDGED

1. That Plaintiff recover $6,280.00 in attorney's fees from Defendant;

2. That Plaintiff recover $462.00 in costs from Defendant;

3. That Plaintiff recover $8,000.00 in statutory damages from Defendant;

4. That Defendant is enjoined to ensure that accessible barriers are the Property located at 913435 Telegraph Rd, Whittier, CA 90605-3435 (APN: 8157-011-31) (the "Property"), are removed and/or corrected, if readily achievable, including but not limited to ensuring that accessible parking and pathways at the Property are accessible;

5. That the action be, and is hereby dismissed.

Dated: 9/19/2023

_____
Honorable R. Gary Klausner
United States District Court Judge