PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual<br><br>       Plaintiff,<br><br>   vs.<br><br>CARMENITA PLAZA, LLC, a limited liability company,<br><br>       Defendants. | Case No.: 2:23-cv-03684-RGK-BFM<br><br>**NOTICE OF SATISFACTION OF JUDGMENT BY PLAINTIFF STEPHEN TURNER** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that pursuant to the Default Judgment entered by this Court on September 19, 2023 awarding Plaintiff $462.00 in costs, $8,000.00 in statutory damages, and $7,240.00 in attorney's fees for a total judgment of $15,702.00 ("Judgment Amount") against Defendant Carmenita Plaza, has been fully and finally satisfied by payment of a sum less than the total Judgment Amount to Plaintiff.

ASCENSION LAW GROUP, PC

DATE: September 26, 2023

_____/s/ Pamela Tsao__
Pamela Tsao, attorney for Plaintiff
Stephen Turner

**1**
**NOTICE OF SATISFACTION OF JUDGMENT BY PLAINTIFF STEPHEN TURNER**
**2:23-cv-03684-RGK-BFM**